UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARIE C. WILLIAMS AND<br>MARIA C. BRIGANDI | *<br>* | CASE #: 2:15-cv-03543-LMA-DEK |
| | * | JUDGE LANCE M. AFRICK |
| VERSUS | * | |
| | * | MAGISTRATE JUDGE |
| AT&T CORPORATION – NATIONAL<br>COURT ORDER COMPLIANCE CENTER | *<br>* | DANIEL E. KNOWLES, III |

****************************************************

## MOTION FOR SUMMARY JUDGMENT

**NOW INTO COURT**, through undersigned counsel, comes Defendant, AT&T Services, Inc. ("AT&T"), pursuant to Federal Rule of Civil Procedure 56, moves for summary judgment in its favor as there are no contested issues of material fact and, under the applicable law, it is entitled to summary judgment as a matter of law.

**WHEREFORE**, for the reasons set forth more fully in the attached memorandum in support and exhibits, AT&T requests that this Court dismiss Plaintiffs' Complaint and Amended Complaint with prejudice at their cost.

Respectfully submitted,

      /s/ *Peter S. Thriffiley, Jr.*
David F. Bienvenu (Bar No. 03070)
Joshua M. Hudson (Bar No. 31196)
Peter S. Thriffiley, Jr. (Bar No. 32731)
SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.
1100 Poydras Street, 30th Floor
New Orleans, Louisiana 70163
Telephone:       (504) 569-2030
Facsimile:        (504) 569-2999
davisr@spsr-law.com; josh@spsr-law.com;
petert@spsr-law.com
***Attorneys for AT&T Services, Inc.***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was this day filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system and/or through facsimile or U.S. Mail, postage paid.

New Orleans, Louisiana, this 2nd day of February, 2016.

/s/ *Peter S. Thriffiley, Jr.*