UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**MARIE WILLIAMS ET AL.**                               **CIVIL ACTION**

**VERSUS**                                               **No. 15-3543**

**AT&T CORPORATION**                                    **SECTION I**

## JUDGMENT

Considering the Court's previous order granting summary judgment for defendant,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of defendant and against plaintiffs, and that all of plaintiffs' claims in the above-captioned matter be **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

New Orleans, Louisiana, March 9, 2016.

_____
**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**